UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

APPROXIMATELY 919.30711258 ETHER COINS
SEIZED FROM ETHEREUM WALLET ADDRESS
0x71949d87258c4ca6827730c337f8090
7d73c7800

APPROXIMATELY 2.65995166 BITCOINS
FORMERLY HELD IN BITCOIN WALLET ADDRESS
16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1; AND

ALL VIRTUAL CURRENCY SEIZED ON OR
ABOUT JUNE 16, AND 19, 2017, AND FORMERLY
HELD IN BITCOIN WALLET ADDRESS
12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW,
INCLUDING, BUT NOT LIMITED TO,
APPROXIMATELY 640.26804512 BITCOINS;
APPROXIMATELY 640.2716098 BITCOIN CASH;
APPROXIMATELY 640.2715428 BITCOIN GOLD;
AND APPROXIMATELY 640.2716043 BITCOIN SV,

        Defendants *In Rem*.
_____/

## WARRANT OF ARREST IN REM

**TO:    FEDERAL BUREAU OF INVESTIGATION, INTERNAL REVENUE SERVICE, OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER**

      **WHEREAS**, on October 21, 2021 the United States of America filed a Verified

Complaint for Forfeiture *In Rem* against the above-captioned defendant property; and

      **WHEREAS**, according to said Complaint, the defendant property is in the Government's

possession, custody or control; and

**WHEREAS**, Supplemental Rule G(3)(b)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control."

**NOW THEREFORE**, you are hereby commanded to take the defendant property into your possession for safe custody. If the character or situation of the defendant property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the defendant property and any person or firm known to claim any interest therein, to file, **no later than 35 days from the date notice was sent**, a Verified Claim in accordance with Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims; to therewith or within twenty (20) days thereafter file an Answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the **Clerk of the Court**, United States District Court, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301 and to send a copy of said Claim, Answer or responsive pleading, to **Mitchell Hyman**, **Assistant United States Attorney** 99 N.E. 4th Street, 7th Floor, Miami, Florida 33132; the Claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party claiming an interest in the Defendant property to comply with Supplemental Rule G, the Defendant property may be forfeited to the United States by default and without further notice or hearing.

[Intentionally Left Blank]

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

ANGELA E. NOBLE, CLERK  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

DATED: _____        By: _____
                                              DEPUTY CLERK

cc: AUSA Mitchell Hyman