UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

APPROXIMATELY 919.30711258 ETHER COINS
SEIZED FROM ETHEREUM WALLET ADDRESS
0x71949d87258c4ca6827730c337f8090
7d73c7800, *et al*.,

        Defendants *In Rem*.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes X No

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

By:   */s/ Mitch Hyman*_____
        Mitchell Hyman
        Assistant United States Attorney
        Florida Bar No. 125405
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9283
        Email: Mitchell.Hyman@usdoj.gov