UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62182-SMITH

UNITED STATES OF AMERICA

v.

APPROXIMATELY 919.30711258 ETHER COINS
SEIZED FROM ETHEREUM WALLET ADDRESS
0x71949d87258c4ca6827730c337f80907d73c780;

APPROXIMATELY 2.65995166 BITCOINS
FORMERLY HELD IN BITCOIN WALLET
ADDRESS
16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1;
AND

ALL VIRTUAL CURRENCY SEIZED ON OR
ABOUT JUNE 16, AND 19, 2017, AND FORMERLY
HELD IN BITCOIN WALLET ADDRESS
12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW,
INCLUDING, BUT NOT LIMITED TO,
APPROXIMATELY 640.26804512 BITCOINS
APPROXIMATELY 640.2716098 BITCOIN CASH;
APPROXIMATELY 640.2715428 BITCOIN GOLD;
AND APPROXIMATELY 640.2716043 BITCOIN SV,

      Defendants *In Rem*.

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 3, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

[THIS SPACE WAS INTENTIONALLY LEFT BLANK]

Forfeiture Actions, as evidenced by Attachment 1.

          Respectfully submitted,

          **JUAN ANTONIO GONZALEZ**
          **UNITED STATES ATTORNEY**

By:   */s/ Mitchell E. Hyman*_____
       Mitchell E. Hyman
       Assistant United States Attorney
       Florida Bar No. 125405
       U.S. Attorney's Office
       99 N.E. 4th Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9283
       Email: Mitchell.Hyman@usdoj.gov