Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
## COURT CASE NUMBER: 21-CV-62182-RS; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

> APPROXIMATELY 919.30711258 ETHER COINS SEIZED FROM ETHEREUM WALLET ADDRESS 0x71949d87258c4ca6827730c337f80907d73c7800; (17-FBI-004167)
>
> APPROXIMATELY 2.65995166 BITCOINS FORMERLY HELD IN BITCOIN WALLET ADDRESS 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1; (17-FBI-004999)
>
> ALL VIRTUAL CURRENCY SEIZED ON OR ABOUT JUNE 16, AND 19, 2017, AND FORMERLY HELD IN BITCOIN WALLET ADDRESS 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, INCLUDING, BUT NOT LIMITED TO,
> APPROXIMATELY 640.26804512 BITCOINS; APPROXIMATELY 640.2716098 BITCOIN CASH; APPROXIMATELY 640.2715428 BITCOIN GOLD; AND APPROXIMATELY 640.2716043 BITCOIN SV, (22-IRS-000007)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (November 03, 2021) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and copies of each served upon Assistant United States Attorney Mitchell Hyman, 99 N.E. 4th Street, Miami, FL 33132, or default and forfeiture will be ordered. *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 PM EST 30 days

after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The [https://www.forfeiture.gov/FilingPetition.htm](https://www.forfeiture.gov/FilingPetition.htm) website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Mitchell Hyman, 99 N.E. 4th Street, Miami, FL  33132.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 3, 2021 and December 02, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 919.30711258 ETHER COINS SEIZED FROM ETHEREUM; et

**Court Case No:** 21-CV-62182-RS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/03/2021 | 23.9 | Verified |
| 2 | 11/04/2021 | 23.9 | Verified |
| 3 | 11/05/2021 | 23.9 | Verified |
| 4 | 11/06/2021 | 23.9 | Verified |
| 5 | 11/07/2021 | 24.0 | Verified |
| 6 | 11/08/2021 | 23.9 | Verified |
| 7 | 11/09/2021 | 23.9 | Verified |
| 8 | 11/10/2021 | 23.8 | Verified |
| 9 | 11/11/2021 | 23.8 | Verified |
| 10 | 11/12/2021 | 23.9 | Verified |
| 11 | 11/13/2021 | 23.9 | Verified |
| 12 | 11/14/2021 | 23.8 | Verified |
| 13 | 11/15/2021 | 23.9 | Verified |
| 14 | 11/16/2021 | 23.9 | Verified |
| 15 | 11/17/2021 | 23.9 | Verified |
| 16 | 11/18/2021 | 23.9 | Verified |
| 17 | 11/19/2021 | 23.9 | Verified |
| 18 | 11/20/2021 | 23.9 | Verified |
| 19 | 11/21/2021 | 23.9 | Verified |
| 20 | 11/22/2021 | 23.9 | Verified |
| 21 | 11/23/2021 | 23.9 | Verified |
| 22 | 11/24/2021 | 23.9 | Verified |
| 23 | 11/25/2021 | 23.9 | Verified |
| 24 | 11/26/2021 | 23.6 | Verified |
| 25 | 11/27/2021 | 23.9 | Verified |
| 26 | 11/28/2021 | 23.9 | Verified |
| 27 | 11/29/2021 | 23.9 | Verified |
| 28 | 11/30/2021 | 23.9 | Verified |
| 29 | 12/01/2021 | 23.9 | Verified |
| 30 | 12/02/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.