## STIPULATION AND CONSENT TO FORFEITURE

I, ▬▬▬▬▬▬▬▬, in an individual and any other capacity, freely and voluntarily and without coercion make the following stipulation and declaration:

1. Since at least October 2015, I have been conducting transactions using Bitcoin, Ethereum, and other virtual currencies under the online alias "▬▬▬▬" on Dark Web marketplaces including Silk Road, Agora, Nucleus, AlphaBay, Dream Market, Arbaxas, Sheep, Evolution, LocalBitcoins, and Shapeshift.

2. On June 26, 2017, I knowingly and voluntarily signed a Consent to Forfeiture ("2017 Consent to Forfeiture," which is attached as Attachment A) in which I agreed to the forfeiture of bitcoins seized from me on or about June 16, and 19, 2017, because those bitcoins represent property, real or personal, involved in money laundering in violation of 18 U.S.C. §§ 1956 and/or 1957.

3. The bitcoins referenced in the 2017 Consent to Forfeiture were seized from Bitcoin wallet address 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, and all virtual currency seized from that wallet on or about June 16 and 19, 2017, now include, but are not limited to: approximately 640.26804512 bitcoins,[1] approximately 640.2716098 Bitcoin Cash, approximately 640.2715428 Bitcoin Gold, and approximately 640.2716043 Bitcoin SV.

4. In addition, on or about May 16, 2017, approximately 919.30711258 ether coins were seized by law enforcement from my Ethereum wallet address 0x71949d87258c4ca6827730c337f80907d73c7800, and on or about June 30, 2017, approximately

---

[1] This amount reflects the current balance after mandatory transactions fees subsequent to transfers to government-controlled virtual currency wallets. The Bitcoin Cash, Bitcoin Gold, and the Bitcoin SV derive from the seized bitcoins.

2.65995166 bitcoins were seized that were formerly held in Bitcoin wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1.

5. Accordingly, the following virtual currency (the "Subject Property") seized from me is currently in Government custody:

(a) Approximately 919.30711258 ether coins seized on or about May 16, 2017, from Ethereum wallet address 0x71949d87258c4ca6827730c337f80907d73c7800;

(b) Approximately 2.65995166 bitcoins seized on or about June 30, 2017, and formerly held in Bitcoin wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1;

(c) All virtual currency seized on or about June 16, and 19, 2017, and formerly held in Bitcoin wallet address 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, including, but not limited to, approximately 640.26804512 bitcoins, approximately 640.2716098 Bitcoin Cash, approximately 640.2715428 Bitcoin Gold, and approximately 640.2716043 Bitcoin SV.

6. I hereby acknowledge and agree that the Subject Property shall be forfeited to and shall vest in the United States of America, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), because it is property involved in, or traceable to, money laundering in violation of 18 U.S.C. § 1956, and/or constitutes, or is derived from, proceeds traceable to computer fraud in violation of 18 U.S.C. § 1030(a)(6)(A). I agree to waive all interest in the Subject Property in any administrative or judicial forfeiture proceeding, whether criminal or civil, state or federal.

7. I further agree to waive any claim to further notice of the forfeiture of the Subject Property.

8. I agree to not contest or assist anyone else in contesting the forfeiture of the Subject Property. If any other person or entity makes a claim to the Subject Property, and such action necessities any further administrative or judicial forfeiture action regarding the Subject Property, I agree to cooperate fully with the United States in any such proceedings.

9. I, including my agents, heirs, relatives, and assigns, hereby agree not to pursue any other claims or actions with respect to the Subject Property. I, including my agents, heirs, relatives, and assigns, hereby agree to withdraw all claims and waive any defenses that I have or might have, now or in the future, against the United States and all agents, officers, employees, and contractors thereof (the "Released Parties"), relating to the seizure of, or the commencement of administrative or judicial forfeiture proceedings against, the Subject Property, including any claim for lost profits or interest or excessive fines under the Eighth Amendment of the U.S. Constitution.

10. I further agree to hold harmless and fully indemnify the Released Parties from all claims pertaining to the Subject Property. I agree to bear my own attorney's fees, costs, and expenses.

11. By my signature below, I, ▮▮▮▮ hereby affirm that I have read this Stipulation and Consent to Forfeiture and carefully reviewed each and every part of it. I understand this Stipulation and Consent to Forfeiture and voluntarily agree to it.

Date: 10/19/21     By: ▮▮▮▮

Counsel's Signature: The undersigned counsel has reviewed and discussed this Stipulation and Consent to Forfeiture with ▮▮▮▮ and has advised that the Stipulation and Consent to Forfeiture is in ▮▮ best interest.

Date: 10/19/21

Counsel for ▮▮▮▮

## Attachment A – 2017 Consent to Forfeiture

**ASSET DESCRIPTIONS:** (a) Approximately 221.76 Bitcoin, seized from [redacted] on or about June 16, 2017; and
(b) Approximately 418.51177 Bitcoin, seized from [redacted] on or about June 19, 2017

### CONSENT TO FORFEITURE

I, [redacted] freely and voluntarily and without coercion make the following consent to forfeiture and declaration:

1. Since at least October 2015, I have been conducting transactions using Bitcoin and other virtual currency under the alias [redacted] on Dark Web marketplaces, including Silk Road, Agora, Nucleus, AlphaBay, Dream Market, Abraxas, Sheep, and Evolution.

2. In June 2017, I transferred the following Bitcoin to the Federal Bureau of Investigation (the "FBI"), which was subsequently seized by law enforcement agents (collectively, the "Subject Property"):

    (a) Approximately 221.76 Bitcoin, seized from [redacted] on or about June 16, 2017; and

    (b) Approximately 418.51177 Bitcoin, seized from [redacted] on or about June 19, 2017.

3. I agree that the Subject Property shall be forfeited to and shall vest in the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 982(a)(1), as property, real or personal, involved in money laundering in violation of 18 U.S.C. § 1956 or 1957. I agree to waive all interest in the Subject Property in any administrative or judicial forfeiture proceeding, whether criminal or civil, state or federal.

4. I further agree to waive any applicable time limits for the initiation of forfeiture proceedings regarding the Subject Property, including those set forth in 18 U.S.C. § 983, and any claim to further notice of the forfeiture of the Subject Property.

5. I agree to not contest or assist anyone else in contesting the forfeiture of the Subject Property. If any other person or entity makes a claim to the Subject Property and such claim necessitates any further administrative or judicial forfeiture action regarding the Subject Property, I agree to cooperate fully with the United States in any such proceedings.

6. I, including my agents, heirs, relatives, and assigns, hereby withdraw any and all claims and waive any answer and defenses in this matter that I have or might have against the United States, the U.S. Department of Justice, the U.S. Attorney's Office for the Southern District of Florida, the FBI, U.S. Marshals Service, and all agents, officers, and employees thereof (hereinafter the "Released Parties"), relating to the seizure of, or the commencement of administrative or judicial forfeiture proceedings against, the Subject Property, including any claims for lost profits or interest or excessive fines under the Eighth Amendment of the U.S. Constitution. I agree to hold harmless and fully indemnify the Released Parties from any and all claims pertaining to this matter and the Subject Property.

Consenting Party's Signature: I have read this Consent to Forfeiture and carefully reviewed each and every part of it with my legal counsel. I understand this Consent to Forfeiture and voluntarily agree to it.

6-26-17
Date          By: ███████████████

Defense Counsel Signature: I am counsel for ███████ I have carefully reviewed each and every part of this Consent to Forfeiture with my client. To my knowledge, ███████ decision to enter into this Consent to Forfeiture is an informed and voluntary one.

7-11-17
Date          By: ███████████████, counsel for ███████

2