UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62182-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY 919.30711258 ETHER COINS
SEIZED FROM ETHEREUM WALLET ADDRESS
0x71949d87258c4ca6827730c337f80907d73c7800;

APPROXIMATELY 2.65995166 BITCOINS
FORMERLY HELD IN BITCOIN WALLET ADDRESS
16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1; AND

ALL VIRTUAL CURRENCY SEIZED ON OR
ABOUT JUNE 16, AND 19, 2017, AND FORMERLY
HELD IN BITCOIN WALLET ADDRESS
12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW,
INCLUDING, BUT NOT LIMITED TO,
APPROXIMATELY 640.26804512 BITCOINS;
APPROXIMATELY 640.2716098 BITCOIN CASH;
APPROXIMATELY 640.2715428 BITCOIN GOLD;
AND APPROXIMATELY 640.2716043 BITCOIN SV,

    Defendants *In Rem*.
_____/

## CLERK'S DEFAULT

It appears that the above-captioned Defendants *In Rem*, which are:

a) Approximately 919.30711258 ether coins seized on or about May 16, 2017, from Ethereum wallet address 0x71949d87258c4ca6827730c337f80907d73c7800;

b) Approximately 2.65995166 bitcoins seized on or about June 30, 2017, and formerly held in Bitcoin wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1; and

c) All virtual currency seized on or about June 16, and 19, 2017, and formerly held in Bitcoin wallet address 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, including, but not limited to, approximately 640.26804512 bitcoins, approximately

2

> 640.2716098 Bitcoin Cash, approximately 640.2715428 Bitcoin Gold, and approximately 640.2716043 Bitcoin SV,

and all claimants are in default for failure to appear, answer, or otherwise defend against the Verified Complaint for Forfeiture *in rem* in the above-captioned case within the time required by law,

**DEFAULT** is hereby entered against any and all claimants and Defendant *in Rem*.

**DONE** and **ENTERED** this _____ day of January 2022.

                                                      ANGELA E. NOBLE
                                                     CLERK OF COURT

                               By: _____
                                       Deputy Clerk