# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    PLAINTIFF(S)

v.

APPROXIMATELY 919.30711258 ETHER COINS SEIZED FROM ETHEREUM WALLET ADDRESS 0X71949D87258C4CA6827730C337F80907D73C7800, et al.,

    DEFENDANT(S).

CASE NUMBER
0:21-cv-62182-RS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**0x71949d87258c4ca6827730c337f80907d73c7800**
**16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1**
**12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW**

as of course, on the date January 10, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorts-Rodriguez*
Deputy Clerk

cc: Judge Rodney Smith
    United States of America