**U.S. Department of Justice**
United States Marshals Service

RECEIVED
By U.S. Marshals Service S/FL at 1:18 pm, Jan 06, 2022

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 21-62182-CV-RS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Approximately 919.30711258 Ether Coins seized from Ethereum Wallet address 0x71949d87258c4ca6827730c337f80907d73c7800, et al. | Complaint and Warrant |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Approximately 919.30711258 Ether Coins seized from Ethereum Wallet address 0x71949d87258c4ca6827730c337f80907d73c7800 and on approximately 2.65995166 Bitcoins formerly held in Bitcoin Wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| AUSA Mitchell Hyman<br>99 N.E. 4th Street, 7th Floor<br>Miami, FL 33132 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
CATS No: 17-FBI-004999

Please serve the attached Complaint and Warrant on approximately 2.65995166 Bitcoins formerly held in Bitcoin Wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1.

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>305-961-9283 | DATE<br>1/5/2022 |
|---|---|---|---|
| *Mitch Hyman* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 04 | District to Serve<br>No. 04 | Signature of Authorized USMS Deputy or Clerk | Date<br>1-6-22 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | FILED BY __PG__ D.C.<br>JAN 28 2022<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI | Date<br>1-6-22 | Time<br>1:18 [X] pm [ ] am | |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Asset served pursuant to the Complaint and Warrant.