

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| Plaintiff | Court Case Number |
|---|---|
| United States of America | 21-62182-CV-RS |

| Defendant | Type of Process |
|---|---|
| Approximately 919.30711258 Ether Coins seized from Ethereum Wallet address 0x71949d87258c4ca6827730c337f80907d73c7800, et al. | Complaint and Warrant |

**SERVE AT**

| | Name of Individual, Company, Corporation, ETC. To Serve or Description of Property to Seize |
|---|---|
| | Approximately 919.30711258 Ether Coins seized from Ethereum Wallet address 0x71949d87258c4ca6827730c337f80907d73c7800, et al. |
| | Address (Street or RFD, Apartment No., City, State and Zip Code) |
| | |

| Send Notice of Service Copy to Requester at Name and Address | | |
|---|---|---|
| AUSA Mitchell Hyman<br>99 NE 4th Street, 7th Floor<br>Miami, Florida 33132 | Number of Process to be Served in this Case. | 2 |
| | Number of Parties to be Served in this Case. | 1 |
| | Check Box if Service is on USA | x |

**Special Instructions or Other Information That Will Assist in Expediting Service (Includes Business and Alternate Address, Phone # and Est.Times Available for Service):**

IRS Case No. 1000279033

Please serve the attached Complaint and Warrant on all virtual currency seized on or about June 16, and 19, 2017, and formerly held in Bitcoin Wallet address 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, including, but not limited to, approximately 640.26804512 Bitcoins; approximately 640.2716098 Bitcoins Cash; approximately 640.2715428 Bitcoin Gold; and approximately 640.2716043 Bitcoin SV.

| Signature of Attorney or Other Originator Requesting Service on Behalf of | ✓ Plaintiff: | Telephone No. | Date |
|---|---|---|---|
| *Mitch Hyman* | ☐ Defendant: | 305-961-9283 | 1/28/2022 |

SIGNATURE & DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | Signature of Authorized Treasury Agency Office. | Date |
|---|---|---|---|---|
| | | | | |

I Hereby Certify and Return That [X] Personally served  ☐ Have Legal Evidence of Service  ☐ Have Executed as Shown in "Remarks" the Process Described on the Individual, Company, Corporation, etc.,at the Address Shown Above or at the Address Inserted Below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

Name & Title of Individual Served if Not Shown Above:

☐ A Person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: Complete only if different than shown above:

| Date of Service | Time of Service |
|---|---|
| 1/6/2022 | 10:42 A.M |

Signature, Title and Treasury Agency
Special Agent, IRS-CI

**REMARKS:**

TD F 90-22.48 (6/96)