# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-62182-SMITH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

APPROXIMATELY 919.30711258 ETHER COINS SEIZED FROM ETHEREUM WALLET ADDRESS 0x71949d87258c4ca6827730c337f80907d73c7800, *et al*.,

      Defendants *In Rem*.

_____/

## ORDER OF FORFEITURE BY DEFAULT JUDGMENT

This cause is before the Court upon the United States' Motion for Entry of Order of Forfeiture by Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(2) [DE 12], in which the United States moves for entry of a default judgment against the above-captioned Defendants *in rem*. Based on the record, the Court finds as follows:

1. On October 21, 2021, the United States filed a Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") [DE 1], alleging that the following assets constitute proceeds of computer fraud in violation of 18 U.S.C. § 1030, property involved in money laundering transactions in violation of 18 U.S.C. § 1956, and/or property traceable to such property; and, therefore, are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) (collectively, the "Defendant Virtual Currency"):

    a) Approximately 919.30711258 ether coins seized on or about May 16, 2017, from Ethereum wallet address 0x71949d87258c4ca6827730c337f80907d73c7800;

    b) Approximately 2.65995166 bitcoins seized on or about June 30, 2017, and formerly held in Bitcoin wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1; and

    c) All virtual currency seized on or about June 16 and 19, 2017, and formerly held in Bitcoin wallet address 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, including, but not limited to, approximately 640.26804512 bitcoins, approximately 640.2716098 Bitcoin Cash, approximately 640.2715428 Bitcoin Gold, and approximately 640.2716043 Bitcoin SV.

2. The United States published notice of this action on an official government site (www.forfeiture.gov) for thirty (30) consecutive days beginning on November 3, 2021 and ending on December 3, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture ("Supplemental Rules"). *See* Declaration of Publication [DE 3].

3. Further, the only known potential claimant ("Individual 1") had actual knowledge of the forfeiture action against the Defendant Virtual Currency. *See* U.S.'s Mot. for Clerk's Entry of Default, Exhibit A (Stipulation & Consent to Forfeiture) [DE 6-1].

4. Thus, the United States has fully satisfied the requirements for proper notice set forth in Rule G of the Supplemental Rules, and the time for filing a claim in this civil forfeiture action has expired.

5. No party has a pending claim or answer against the forfeiture of the Defendant Virtual Currency, and the factual allegations of the Verified Complaint are taken as admitted.

6. On January 10, 2022, the Clerk of Court, upon motion of the United States and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, entered a default against the Defendant Virtual Currency. *See* Clerk's Default [DE 7]; *see also* U.S.'s Mot. For Clerk's Entry of Default [DE 6].

**THEREFORE**, the United States' Motion [DE 12] is **GRANTED**, and it is hereby,

**ORDERED AND ADJUDGED**

1. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the United States and against the following property, that is the Defendant Virtual Currency, and against all other persons for failure to timely plead, answer, or otherwise defend:

   a. Approximately 919.30711258 ether coins seized on or about May 16, 2017, from Ethereum wallet address 0x71949d87258c4ca6827730c337f80907d73c7800;

   b. Approximately 2.65995166 bitcoins seized on or about June 30, 2017, and formerly held in Bitcoin wallet address 16qq4DGd2R9vcK5xmV5nRQmoZn2WZVSYK1; and

   c. All virtual currency seized on or about June 16 and 19, 2017, and formerly held in Bitcoin wallet address 12EZr5x8mFpxS6ypNobhPXmyj4BbRkm6GW, including, but not limited to, approximately 640.26804512 bitcoins, approximately 640.2716098 Bitcoin Cash, approximately 640.2715428 Bitcoin Gold, and approximately 640.2716043 Bitcoin SV.

2. Any right, title, and interest in the Defendant Virtual Currency is forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

        3.        Any duly authorized law enforcement official, may seize, take possession, and dispose of the Defendant Virtual Currency according to law.

        4.        The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

        5.        This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of March 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE